UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80113-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AARON JOHNSON,

    Defendant.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Magistrate Judge's Report and Recommendation [DE 40] on Defendant's Motion to Suppress [DE 23]. After a *de novo* review of the Defendant's Motion, the Magistrate Judge's order and pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** The Defendant's Motion to Suppress [DE 23] is DENIED.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2012.

                                              KENNETH A. MARRA
                                              United States District Judge

Copies furnished to:

All counsel